RECEIVED
IN MONROE, LA

FEB 2 5 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | |
|---|---|
| **GREGORY HILL** | **CIVIL ACTION NO. 07-2185** |
| **VS.** | **SECTION P** |
| **SHERIFF STEVE PYLANT, ET AL.** | **JUDGE JAMES** |
| | **MAGISTRATE JUDGE HAYES** |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein,  determining that the findings are correct under the applicable law,  and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights action be **DISMISSED WITH PREJUDICE** as frivolous and  for failing to state a claim on which relief may be granted, all  in accordance with the provisions of 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1) and (2);

**IT IS FURTHER ORDERED THAT** plaintiff's Motion for Temporary Restraining Order [doc. 4] be **DENIED**; and,

**IT IS FURTHER ORDERED THAT** plaintiff's Motion for Appointment of Counsel [doc. 3] be **DENIED.**

**THUS DONE AND SIGNED,** in chambers, in Monroe,  Louisiana, on this _23_ day of _February_ , _2008_ .

**ROBERT G. JAMES**
**UNITED STATES DISTRICT JUDGE**